UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22637-CIV-ROSENBAUM/HUNT

LAURA LAZZARO,

    Plaintiffs,

vs.

ANIMAL WELFARE SOCIETY OF SOUTH FLORIDA, INC.,

    Defendant.
_____/

## ORDER

This matter is before the Court upon Plaintiff's Notice of Settlement [D.E. 14] indicating that the parties have a reached settlement in principle of this case. In light of the Notice of Settlement, the Court hereby directs the parties to submit a joint stipulation of dismissal **on or before September 24, 2013**, so that the case file may be closed. Additionally, the parties shall submit the settlement agreement for judicial review and approval. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982) (any settlement, bargain, or other compromise resolving an FLSA claim must either be presented to the Secretary of Labor or scrutinized by the district court for fairness). Further, if the parties would like the Court to retain jurisdiction for the limited purpose of enforcing their settlement, they shall expressly include notification to the Court in their stipulation that the dismissal is contingent upon the Court retaining enforcement jurisdiction.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 9th day of September 2013.

                                                ROBIN S. ROSENBAUM
                                                UNITED STATES DISTRICT JUDGE

Copies to counsel of record